IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.

THOMAS P. WAGNER,

             Defendant.

11-M-2074

---

MISDEMEANOR INFORMATION
(Title 29, U.S.C. § 439(c))

COUNT I

The United States Attorney Charges That:

1. At all times material to this Information, Steelworkers Local 897 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq., required to file an annual financial (LM series) report with the Secretary of Labor.

2. Between in or about December 2004 and in or about December 2008, in the Western District of New York, the defendant, THOMAS P. WAGNER, did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, an expense report, a record on matters required to be reported in the annual financial report of Steelworkers Local 897, which was

required to be filed with the Secretary of Labor for such labor organization.

All in violation of Title 29, United States Code, Section 439(c).

Dated:    Buffalo, New York, June 27, 2011.

>WILLIAM J. HOCHUL, JR.
>United States Attorney
>
>BY: *[signature]*
>MICHAEL DIGIACOMO
>Assistant U.S. Attorney
>United States Attorney's Office
>Western District of New York
>138 Delaware Avenue
>Buffalo, New York 14202
>(716) 843-5700, ext. 885
>michael.digiacomo@usdoj.gov